# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| GREG HUDGENS, | )  |
| Plaintiff, | ) Case No. 16-CV-10684 |
| v. | ) Hon. Amy St. Eve |
| PRATHA ENTERTAINMENT, INC., et al., | ) |
| Defendants. | ) |

## ORDER

The Court grants Defendant's Rule 12(b)(6) motion to dismiss [9]. The Court remands Plaintiff's state law claims to the Circuit Court for 18th Judicial Circuit, DuPage County. The Clerk's Office is directed to remand this case to the Circuit Court for 18th Judicial Circuit, DuPage County forthwith. All pending dates and deadlines are stricken. Enter Memorandum Opinion and Order.

**Dated:** March 14, 2017

ENTERED

_____
**AMY J. ST. EVE**
**United States District Court Judge**